Steve S. Gohari, Esq.   (SBN 189339)
**LAW OFFICES OF STEVE S. GOHARI**
21550 Oxnard St.  3rd Floor
Woodland Hills, California  91367
Telephone (818) 224-6647
Facsimile (818) 530-7748
bkgohari@gmail.com

Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAN SALCIDO ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> VERICREST FINANCIAL & SUMMIT ) <br> MANAGEMENT COMPANY LLC; and ) <br> DOES 1-100, INCLUSIVE ) <br> ) <br> Defendants. ) <br> ) | CASE NO.: 4:13-CV-03450-SBA <br><br> STIPULATION AND [PROPOSED] ORDER EXTENDING  PLAINTIFF'S TIME TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS AND EXTENDING DEFENDANT'S TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS |

Plaintiff GERMAN SALCIDO (Hereinafter "Plaintiff"), and Defendants VERICREST FINANCIAL & SUMMIT MANAGEMENT COMPANY LLC., (collectively, "Defendants"), by and through their counsel of record, STIPULATE AND AGREE as follows:

WHEREAS, Plaintiffs can file their OPPOSITION TO DEFENDANT'S MOTION TO DISSMISS in this action on or before, Monday, September 23, 2013; and Defendants can file

---

their REPLY to PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS on or about Monday, September 30, 2013.

WHEREAS, the Parties are engaged in discussions to resolve this matter amicably;

WHEREAS, the filing of the requested herein is not requested for the purpose of delay and will not result in prejudice to the Parties or the Court.

NOW THEREFORE, Plaintiff and Defendants agree to the filing of the OPPOSITION TO DEFENDANTS MOTION TO DISMISS BY September 23, 2013, and to the filing of the REPLY to the Opposition by September 30, 2013.

IT IS SO STIPULATED

**Dated: September 18, 2013**         By: /s/Steve S. Gohari

Steve S. Gohari

Attorney for Plaintiffs

**Dated: September 17, 2013**

By: /s/ Daniel D. O'Shea

Daniel D. O'Shea

Attorney for Defendants

## [PROPOSED] ORDER

Pursuant to the Stipulation of the parties and good cause appearing, IT IS ORDERED that Plaintiffs shall file their OPPOSITION TO DEFENDANT'S MOTION TO DISMISS no later than September 23, 2013, and Defendant's file their REPLY TO PLAINTIFF'S OPPOSITION by September 30, 2013.

Dated:  9/18/2013

*Sandra B Armstrong*

**U.S DISTRICT JUDGE**