UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GERMAN SALCIDO,<br><br>        Plaintiff,<br><br>    vs.<br><br>VERICREST FINANCIAL & SUMMIT MANAGEMENT COMPANY, LLC, and DOES 1 through 100, INCLUSIVE,<br><br>        Defendants. | Case No: C 13-3450 SBA<br><br>**ORDER DENYING MOTION TO DISMISS COMPLAINT AS MOOT**<br><br>Docket 5 |

In light of Plaintiff's filing of a First Amended Complaint, Defendants' motion to dismiss the original Complaint is DENIED AS MOOT. This Order terminates Docket 5.

IT IS SO ORDERED.

Dated: 10-9-13

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge