UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GERMAN SALCIDO,<br><br>    Plaintiff,<br><br>vs.<br><br>VERICREST FINANCIAL & SUMMIT MANAGEMENT COMPANY LLC; and DOES 1-100, INCLUSIVE,<br><br>    Defendants. | Case No: C 13-3450 SBA<br><br>**ORDER STRIKING PLAINTIFF'S OVERSIZED OPPOSITION BRIEF** |

Plaintiff has filed a twenty-three page opposition to Defendants' motion to dismiss. Dkt. 19. Under this Court's Standing Orders, the maximum page limit for motions and oppositions thereto is <u>fifteen</u> pages. Dkt. 9 at 5. The Standing Orders further state that any brief filed "in an improper manner or form shall not be received or considered by the Court." <u>Id.</u>; see <u>Swanson v. U.S. Forest Serv.</u>, 87 F.3d 339, 345 (9th Cir. 1996) (courts have discretion to strike oversized briefs). Accordingly,

IT IS HEREBY ORDERED THAT Plaintiffs' opposition brief (Dkt. 19) is STRICKEN from the record. Plaintiff shall have until <u>October 23, 2013</u>, to refile his opposition in conformity with the Court's Standing Orders. Defendants may file a revised reply by no later than <u>October 30, 2013</u>. The motion will be resolved without oral argument. Civ. L.R. 7-1(b).

IT IS SO ORDERED.

Dated: 10/17/13

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge