David T. Biderman, Bar No. 101577
DBiderman@perkinscoie.com
Daniel D. O'Shea Bar No. 238534
DOshea@perkinscoie.com
PERKINS COIE LLP
Four Embarcadero Center, Suite 2400
San Francisco, CA 94111
Telephone: 415.344.7000
Facsimile: 415.344.7050

Attorneys for Defendants
CALIBER HOME LOANS, INC. (Formerly Known As VERICREST FINANCIAL, INC. (Erroneously sued as VERICREST FINANCIAL & SUMMIT MANAGEMENT COMPANY LLC));
SUMMIT MANAGEMENT COMPANY, LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERMAN SALCIDO,<br><br>Plaintiff,<br><br>vs.<br><br>VERICREST FINANCIAL & SUMMIT MANAGEMENT COMPANY LLC; and DOES 1-100, INCLUSIVE,<br><br>Defendants. | CASE NO.: 4:13-CV-03450-SBA<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE SET FOR OCTOBER 30, 2013** |

Plaintiff GERMAN SALCIDO (Hereinafter "Plaintiff"), and Defendants CALIBER HOME LOANS, INC. and SUMMIT MANAGEMENT COMPANY LLC., (collectively, "Defendants"), by and through their counsel of record, STIPULATE AND AGREE as follows:

WHEREAS, on August 13, 2013 the court set the initial Case Management Conference to take place on October 30, 2013 at 2:30 p.m.;

1     WHEREAS, Defendants' motion to dismiss the First Amended Complaint has not yet
2 been ruled upon and the filing deadline for Defendants' reply brief is not until October 30, 2013;
3     WHEREAS, the parties continue to work together to resolve the action;
4     IT IS HEREBY STIPULATED, that the parties agree that the Case Management
5 Conference currently set for October 30, 2013 should be continued to December 4, 2013, or a
6 date thereafter to be determined by the court, and that all associated deadlines shall be governed
7 by the new Case Management Conference date.
8     IT IS SO STIPULATED.

10 Dated: October 22, 2013      By: */s/ Steve S. Gohari*
11     Steve S. Gohari
    Attorney for Plaintiff

14 Dated: October 22, 2013

16      By: */s/ Daniel D. O'Shea*
    Daniel D. O'Shea
17     Attorney for Defendants

# [PROPOSED] ORDER

Pursuant to the Stipulation of the parties and good cause appearing, IT IS ORDERED that the Case Management Conference currently set for October 30, 2013 is continued to December 4, 2013, or to a date thereafter to be determined by the court. All associated deadlines will be governed by the continued Case Management Conference date. The case management conference will be held telephonically on December 4, 2013, at 3:30 p.m. in Courtroom 1, 4th Floor, 1301 Clay Street, Oakland, CA 94612. The parties shall meet and confer prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than seven (7) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Plaintiffs shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

Dated: 10/24/2013

*Saundra B. Armstrong*
Saundra Brown Armstrong
U.S. District Judge

---

STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE
Case No. 3:13-CV-03450-CRB

3

70329-0011/LEGAL28189228.1

# CERTIFICATE OF SERVICE

I, Susan Youngquist, declare:

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Perkins Coie LLP, Four Embarcadero Center, Suite 2400, San Francisco, California 94111. On October 23, 2013, I served a copy of the within document(s):

**STIPULATION AND [PROPOSED] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE SET FOR OCTOBER 30, 2013**

☒ VIA ELECTRONIC MAIL by uploading the above document(s) to the United States District Court electronic filing website (CM/ECF) for service on all parties in this action per the electronic service list.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on October 23, 2013, at San Francisco, California.

_____/s/ Susan Youngquist_____
Susan Youngquist