UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| GERMAN SALCIDO, | Case No: C 13-3450 SBA |
| Plaintiff, | **ORDER OF CONDITIONAL DISMISSAL** |
| vs. | |
| VERICREST FINANCIAL & SUMMIT MANAGEMENT COMPANY LLC; and DOES 1-100, INCLUSIVE, | |
| Defendants. | |

The Court having been notified of the settlement of this action, and it appearing that no issue remains for the Court's determination,

IT IS HEREBY ORDERED THAT this action and all claims asserted herein are DISMISSED with prejudice. In the event that the settlement is not reached, any party may move to reopen the case and the trial will be rescheduled, provided that such motion is filed within 60 days of this order. All scheduled dates and deadline are VACATED.

IT IS SO ORDERED.

Dated: 12/4/13

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge